William T. Emmet and Grenville T. Emmet, as Substituted Trustees to Execute the Trusts Created by the Last Will and Testament of Benjamin

---

* See Judiciary Law (Consol. Laws, chap. 30; Laws of 1909, chap. 35), § 115, as amd. by Laws of 1912, chap. 323.— [Rep.

H. Lillie, Deceased, Respondents, v. Ella V. L. Runyon, Respondent, Impleaded with Julia W. Porges, Appellant, and Others, Defendants. — Judgment affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ., concurred.